**96–2247. State ex rel. The Plain Dealer v. Ohio Dept. of Ins.**

In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus.

IT IS ORDERED by the court, *sua sponte*, that intervenor, Blue Cross/Blue Shield of Ohio file with the Clerk of this court on or before July 1, 1997, the following documents for *in camera* review:

(1) *Unredacted* attachments to the July 30, 1996 letter from Climaco, Climaco, Seminatore, Lefkowitz & Garofoli Co., L.P.A., to Robert H. Katz, Ohio Department of Insurance, in response to June 27, 1996 letter from David S. Meyer, Ohio Department of Insurance, including the following:

(a) December 12, 1995 letter from Climaco, Climaco, Seminatore, Lefkowitz & Garofoli Co., L.P.A., to David Colby of Columbia/HCA Health Care Corporation, in unredacted form;

(b) January 22, 1996 letter to Fried, Frank, Harris, Shriver & Jacobson to Climaco, Climaco, Seminatore, Lefkowitz & Garofoli Co., L.P.A., in unredacted form;

(c) March 7, 1996 memo attached to July 30, 1996 letter, in unredacted form;

(d) March 19, 1996 memo from Fried, Frank, Harris, Shriver & Jacobson to Climaco, Climaco, Seminatore, Lefkowitz & Garofoli Co., L.P.A., including any attachments or enclosures, in unredacted form.

(2) July 31, 1996 letter from Douglas A. Andrews to Robert H. Katz, in *unredacted* form.

(3) All attachments or enclosures, in *unredacted* form, to the July 31, 1996 letter from Douglas A. Andrews to Robert H. Katz.